United States District Court
Southern District of Texas
**ENTERED**
July 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DENNISE LABRADOR, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-04891 |
| ANDREW SAUL, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is United States Magistrate Judge Richard Bennett's Memorandum and Recommendation filed on July 1, 2025. Doc. #15. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Defendant's Unopposed Motion to Remand is hereby GRANTED. Doc. #14. This case is hereby REMANDED pursuant to the fourth sentence 42 U.S.C. § 405(g) for further adjudication consistent with Defendant's motion.

It is so ORDERED.

JUL 1 6 2025
Date

The Honorable Alfred H. Bennett
United States District Judge