United States District Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DENNISE LABRADOR, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-04891 |
| § | |
| ANDREW SAUL, § | |
| § | |
| Defendant. § | |

### ORDER

Before the Court is United States Magistrate Judge Richard W. Bennett's Memorandum and Recommendation. Doc. #21. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (Doc. #19) is GRANTED. Plaintiff is hereby awarded $6,807.71 in attorney's fees, and the aforementioned award shall be payable to Plaintiff and mailed to Plaintiff's counsel, subject to any administrative offset due to Plaintiff's outstanding federal debt, if any existing. *See Jackson v. Astrue*, 705 F.3d 527, 531 n.11 (5th Cir. 2013).

It is so ORDERED.

FEB 2 4 2026
Date

The Honorable Alfred H. Bennett
United States District Judge